IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STERICYCLE, INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | No. 1:23-cv-1322 |
| ALLIED HOLDINGS GROUP, LLC, | |
| Defendant. | |

## PARTIAL TEMPORARY RESTRAINING AND PRELIMINARY INJUNCTION ORDER

This matter comes before the Court on Plaintiff Stericycle, Inc.'s ("Stericycle") Motion for a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65, to temporarily restrain and enjoin Defendant Allied Holdings Group, LLC ("Allied"), and all persons and entities acting in concert with Allied, from engaging in certain activities, and to require it to account for and return certain property to Stericycle.

Pursuant to Stericycle's Complaint for Injunctive Relief and Damages, its Motion for Temporary Restraining Order and Memorandum in Support, and the parties oral arguments, the Court finds that a partial temporary restraining and preliminary injunction order is warranted because (a) Stericycle has met its burden at this stage of these proceedings demonstrating its right to the relief requested; (b) Stericycle is likely to prevail on the merits of its claims against Allied; (c) Stericycle will suffer immediate and irreparable injury if the relief requested is not granted; (d) Stericycle does not have an adequate remedy at law; (e) any hardship to Allied is outweighed to the hardship to Stericycle if the requested relief is not granted; and (f) the public interest would be appropriately served by this Court's grant of the relief requested.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that:

1.      Allied, and every person and entity acting in concert with it, is temporarily enjoined from directly or indirectly contacting Stericycle or its customers and falsely claiming or inferring any affiliation, connection, or association with Stericycle or its services, or any affiliation, connection, or association with any customer of Stericycle.

2.      This temporary restraining order shall remain in effect until further order of this Court.

3.      Given Stericycle's strong likelihood of success on the merits of its claims, Stericycle is not required to post a bond at this time pursuant to Federal Rule of Civil Procedure 65(c).

_____
Judge

Dated:___March 7, 2023_____